IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Curtis Q. Owens, #184674, )
)
      Plaintiff, )
)
vs. ) Civil Action No.: 2:09-cv-00192-TLW-RSC
)
Henery [sic] McMaster, Atty Gen, et. al, )
)
      Defendants. )
_____)

# ORDER

The plaintiff, Curtis Q. Owens ("plaintiff"), proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983. (Doc. #1). The case has been referred to Magistrate Judge Robert S. Carr pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge. (Doc. #82). On July 21, 2009, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the plaintiff's motion to intervene, which has been captioned as a "motion for temporary restraining order," be denied. (Doc. #82). The plaintiff has asked for an "emergency hearing," but filed no formal objections to the report. Objections were due on August 7, 2009.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this

1

Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #82). The plaintiff's motion to intervene, captioned as a "motion for temporary restraining order," is, hereby, **DENIED**.

**IT IS SO ORDERED**.

                      s/Terry L. Wooten
                      United States District Judge

August 11, 2009
Florence, South Carolina